# Court of Appeals
# of the State of Georgia

ATLANTA, __October 18, 2012__

*The Court of Appeals hereby passes the following order:*

**A13A0190.  MARTIN v. THE STATE.**

Appellant Martin attempts to appeal from the denial of his motion for an out of time appeal. The record and Martin's appellate brief, however, show that the underlying subject matter of Martin's appeal is the revocation of his probation for which he was required to file an application for discretionary appeal in order to appeal. See OCGA 5-6-35 (a) (5); *White v. State*, 233 Ga. App. 873, 874 (505 SE2d 228) (1998) (where underlying subject matter of direct appeal is probation revocation, direct appeal must be dismissed for failure to apply for a discretionary appeal); see, e.g., *Cauldwell v. State*, 211 Ga. App. 417 (439 SE2d 90) (1993) (discretionary appeal of probation revocation). Martin's failure to comply with the discretionary appeal requirements deprives this Court of jurisdiction to consider this appeal, which is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
          *Clerk's Office, Atlanta,* __10/18/2012__
          *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
          *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*